UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO.  08-00112 (AK) |
| | : | |
| WEI CHIN, | : | VIOLATION: 18 U.S.C. § 2423(b) |
| Defendant. | : | (Interstate Travel to Engage in |
| | : | Illicit Sexual Conduct) |

### I N F O R M A T I O N

The United States Attorney charges:

### COUNT ONE

1.  On or about February 15, 2008, within the District of Columbia, the defendant, WEI CHIN, knowingly traveled in interstate commerce, from the State of Maryland to the District of Columbia, for the purpose of engaging in illicit sexual conduct, that is, a sex act as defined in 18 U.S.C. § 2246(2), with a person under the age of 18 years of age, and said sexual act would be a violation of Chapter 109 A of Title 18 United States Code, Section 2243(a), if the sexual act occurred in the special maritime and territorial jurisdiction of the United States.

(**Travel with Intent to Engage in Illicit Sexual Conduct**, in violation of Title 18, United States Code, Section 2423(b))

                                                JEFFREY A. TAYLOR
                                                United States Attorney

BY: _____
        Opher Shweiki
        Assistant United States Attorney
        Bar No. 458776
        Federal Major Crimes Section
        555 4th Street, N.W., Room 4233
        Washington, DC 20530
        (202) 353-8822
        Opher.Shweiki@usdoj.gov