AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

**FILED**
MAY 0 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.

Wei Chin

**WAIVER OF INDICTMENT**

CASE NUMBER: 08-124

I, __Wei Chin__, the above named defendant, who is accused of

Travel with Intent to Engage in Illicit Sexual Conduct in violation of 18 USC 2423(b)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __May 7, 2008__ prosecution by indictment and consent that the
Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant   G. Allen Dale

Before _Henry Kennedy_
Judicial Officer