**FILED**
MAY 0 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 08-124 |
| | : | |
| v. | : | MAGISTRATE NO. 07-00112 (AK) |
| | : | |
| WEI CHIN, | : | VIOLATION: 18 U.S.C. § 2423(b) |
| Defendant. | : | (Interstate Travel to Engage in |
| | : | Illicit Sexual Conduct) |

## WAIVER OF OWNERSHIP OF PROPERTY

I, Wei Chin, the above-named defendant, understand that the Federal Bureau of Investigation (FBI) has seized the following items, belonging to me, in reference to the above-caption case, on February 15, 2008: 1) blue Toshiba laptop computer with serial number Y3036001H, along with related software and hardware accessories, including a web camera; 2) two thumb drivers: a Micro Center 1 GB and a Micro Center 2 GB; 3) a black USB wrist watch which can be used as a thumb drive; and 4) a Nokia cellular phone with the IMEI number 353274/01/0282270/9.

I understand that the Code of Federal Regulations (C.F.R.) requires that the FBI inform me that I have the opportunity to claim this property. 41 C.F.R. 128-48.102-1. I understand that if I do not claim this property within 30 days of signing this document, the title to the property will vest in the United States Government.

I hereby acknowledge receipt of the notice that I have a right to claim this property. I hereby knowingly and voluntarily waive any right, title and interest in the property and agree not to contest the vesting of title in the United States Government.

I unconditionally release and hold harmless the FBI, its officers, employees and agents,

from any and all claims, demands, damages, causes of actions or suits, of whatever kind and description, and wheresoever situated, that might now exist or hereafter exist by reason of or growing out of or affecting, directly or indirectly, the seizure or waiver of ownership interest in the described property.

I have read this Waiver of Ownership of Property agreement in its entirety and have discussed it with my attorney, Allen Dale, Esquire. I fully understand this agreement and agree to it without reservation. I do this voluntarily and of my own free will, intending to be legally bound. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this agreement.

_____
OPHER SHWEIKI
Assistant United States Attorney

_____
ALLEN DALE, ESQ.
Attorney for Defendant

_____
WEI CHIN
Defendant

_5.7-08_____
Date

_5-7-08_____
Date