UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAY 0 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 08-124 |
| v. | : | MAGISTRATE NO. 07-00112 (AK) |
| WEI CHIN, | : | VIOLATION: 18 U.S.C. § 2423(b) |
| Defendant. | : | (Travel with Intent to Engage in Illicit Sexual Conduct) |

## STATEMENT OF OFFENSE

The parties in this case, the United States of America and the defendant, Wei Chin, stipulate and agree that the following facts are true and accurate. These facts do not constitute all of the facts known to the parties concerning the charged offenses; they are being submitted to demonstrate that sufficient facts exist to prove that the defendant committed the offense to which he is pleading guilty.

1.　At various times in 2007 and 2008, Detective Timothy Palchak, who is a member of the Metropolitan Police Department and Federal Bureau of Investigation "Innocent Images" Task Force, was acting in an undercover capacity and posing as a 14 year-old female while using Yahoo's Instant Messenger service. Detective Palchak was posing under the screen name "Mandy Poole."

2.　In this undercover capacity, Detective Palchak began chatting with the defendant, who was using the screen names "Wei Chin" and "Juicy Pink," and had multiple Instant Messenger conversations with him between June 2007 and February 2008.

3.　On February 14, 2008, the defendant, using the screen name "Wei Chi," agreed to engage in sexual intercourse with the fictitious 14 year-old "Mandy". The defendant stated, "we

will go to a small hotel if u are ok with it." When Detective Palchak asked the defendant if he would use condoms because she did not want "to get into any trouble," the defendant responded, "sure! I got everything".

4. On February 15, 2008, the defendant made arrangements to meet "Mandy" that day in the 100 block of Franklin Street, N.E., Washington, D.C., at 4:30 p.m. The defendant informed "Mandy" that he would be driving a 4-door black Sedan.

5. The defendant subsequently drove a black 4-door Honda Civic from the State of Maryland to this pre-arranged meeting place in Washington, D.C. When he arrived at this location at approximately the pre-arranged meeting time, he was stopped and placed under arrest. During a subsequent search of the Honda Civic, law enforcement officials recovered, among other things, a bag containing several condoms, two pairs of handcuffs, and two dildos.

6. The defendant identified himself to law enforcement as Wei Chin and provided a driver's license with that name. The defendant was born on

_____
OPHER SHWEIKI
Assistant United States Attorney

_____
ALLEN DALE, ESQ.
Attorney for Defendant

_____
WEI CHIN
Defendant

5-7-08
Date

5-7-08
Date

## DEFENDANT'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have discussed it with my attorney, Allen Dale, Esq. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 5-7-08

_____
WEI CHIN
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense, and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 5-7-08

_____
ALLEN DALE, ESQ.
Attorney for Defendant Wei Chin