UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal Case No. 08-CR-124 |
| | : | |
| WEI CHIN, | : | The Hon. Henry H. Kennedy, Jr. |
| | : | |
| Defendant. | : | Sentencing: July 14, 2008 |
| | : | |

### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING DATE

The defendant, Wei Chin, through undersigned counsel, respectfully moves the Court to continue his sentencing date for approximately two weeks. In support of his motion, Mr. Chin respectfully states:

Mr. Chin has been convicted, by way of guilty plea, of Travel with Intent to Engage in Illicit Sexual Conduct. He is held without bond pending sentencing, presently scheduled for July 14, 2008.

A draft pre-sentence report has been prepared with objections due by July 8, 2008. Under the present schedule established by the Court any sentencing memorandum will be due not only before objections are due, but well before the final version of the pre-sentence report is filed.

Mr. Chin's counsel has retained the services of a psychologist to conduct a psychological evaluation to assist the Court at sentencing. That report has not yet been completed and will probably not be complete for another two weeks. Probation Officer Michael Penders would like to incorporate the psychological report into his final pre-sentence report.

Counsel for the defendant will be out of the county from June 27, 2008, until July 5, 2008.

In order to adequately address the pre-sentence report, obtain and review the psychological report and file an appropriate sentencing memorandum, counsel respectfully requests a two week continuance of sentencing.

Assistant U.S. Attorney Opher Shweiki does not oppose the request to continue sentencing. Both counsel are available any time of day on July 28, 29, 30 and August 1, 2008, if any of these dates are available to the Court.

Wherefore, counsel respectfully prays the court grant his motion and sign the attached Order continuing sentencing for two weeks.

Respectfully submitted,

_____/s/_____
G. ALLEN DALE   Bar #954537
601 Pennsylvania Avenue, N.W.
Suite 900 - North Building
Washington, D.C.  20004
(202) 638-2900
(202) 783-1654 - fax
gallendale@aol.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | Criminal Case No.08-CR-124 |
| v.   : | |
| : | The Hon. Henry H. Kennedy, Jr. |
| WEI CHIN, : | |
| : | Sentencing: July 14, 2008 |
| Defendant. : | |

### ORDER

This matter comes before the Court on motion of the defendant to continue his sentencing date for approximately two weeks. Based upon the defendant's motion and the entire record herein, it is by the Court this _____ day of _____, 2008

ORDERED, that the defendant's motion be and the same hereby is granted; and it is

FURTHER ORDERED, that sentencing be and it hereby is continued until the _____ day of _____, 2008 at _____ o'clock am/pm.

_____
Henry H. Kennedy, Jr.
United States District Judge