**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

WEI CHIN,

                    Petitioner,          Criminal Action No. 8-124 (JMC)

       v.

UNITED STATES,

                    Respondent.

## ORDER

The Court **DISMISSES** Wei Chin's habeas petition, ECF 79; ECF 81, for lack of subject-matter jurisdiction. This is a final appealable order. The Clerk of Court shall terminate this case.

**SO ORDERED.**

DATE: August 2, 2022

 

                                          _____
                                           Jia M. Cobb
                                 U.S. District Court Judge